IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TODD D. SHEARER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 09-cv-0122-MJR-PMF |
| | ) |
| **UNION PACIFIC RAILROAD CO.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL

**REAGAN, District Judge:**

Having been advised by defense counsel that the parties have settled this action in its entirety but time is needed to finalize settlement documents, the undersigned District Judge **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment. Due to the settlement, the Court **CANCELS** all settings herein, including the May 18, 2010 motion hearing, the June 2, 2010 final pretrial conference and the June 7, 2010 jury trial.

**IT IS SO ORDERED.**

**DATED May 17, 2010.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**